IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KIRSTEN McKEE,

    Plaintiff,  JUDGMENT IN A CIVIL CASE

v.  Case No. 13-cv-181-bbc

MADISON AREA TECHNICAL
COLLEGE,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Madison Area Technical College granting its motion for summary judgment with respect to plaintiff's federal claims and remanding this case to the Circuit Court for Dane County, Wisconsin with respect to plaintiff's state law claims.

s/Peter Oppeneer  5/23/2014

Peter Oppeneer, Clerk of Court  Date